UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAUDIA VANDERHORST,

    Plaintiff,

v.                                               Case No: 6:13-cv-204-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's application for disability benefits (Doc. No. 1). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED** as part of this order. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the findings in this report, pursuant to sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to enter judgment accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this 12 day of November, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record