UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLAUDIA VANDERHORST,

    Plaintiff,

v.                                         Case No: 6:13-cv-204-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees (Doc. No. 22) filed January 27, 2014.

The United States Magistrate Judge has submitted a report recommending that the motion be granted in part. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **GRANT'S** Plaintiff's Motion for Attorney's Fees and awards Plaintiff $6,414.44 in attorney's fees. Clerk of the Court is directed to enter judgment for attorney's fees in Plaintiff's favor accordingly.

**DONE AND ORDERED** at Orlando, Florida, this 11 day of February, 2014.

                                                        G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record